IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In re:                                                      MDL Docket No. 4:03CV1507-WRW
                                                                              4:09CV00104
PREMPRO PRODUCTS LIABILITY
LITIGATION

DOROTHY ALLEN, et al.                                                          PLAINTIFFS

v.

WYETH, et al.                                                                  DEFENDANTS

## ORDER

Based on the Court of Appeals for the Eighth Circuit's January 6, 2010 Order and Judgment,[1] my February 10, 2009, Order (Doc. No. 31), is VACATED. Accordingly, Plaintiffs' Motion to Remand (Doc. No. 29) is GRANTED.

This case is REMANDED to Hennepin County, Minnesota District Court.

IT IS SO ORDERED this 22nd day of March, 2010.

                                            /s/ Wm. R. Wilson, Jr._____
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 39, 40. The Mandate was issues on March 19, 2010.